**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000099**
**21-JAN-2022**
**07:53 AM**
**Dkt. 172 ODMR**

NO. CAAP-20-0000099
(Consolidated with CAAP-20-0000100)

IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAIʻI

**CAAP-20-0000099**
IN THE MATTER OF ADOPTION OF A MALE CHILD

AND

**CAAP-20-0000100**
IN THE MATTER OF ADOPTION OF A MALE CHILD

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-A NO. 18-1-0005K and FC-A NO. 18-1-19K)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of the Motion for Reconsideration, to Dismiss Petition for Adoption and to Vacate All Proceedings in These Consolidated Matters (**Motion**) filed by Petitioner-Appellant DG (**Grandmother**) on January 18, 2022, the papers in support, and the record, it appears that:

(1) Grandmother moves for reconsideration of our Memorandum Opinion filed on December 28, 2021, to dismiss the underlying petition and to vacate all proceedings in these consolidated matters; and

(2) The Motion presents no point of law or fact that we overlooked or misapprehended. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

DATED:  Honolulu, Hawaiʻi, January 21, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge